IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rutledge Jr, Willie

Printed: 4/22/08

Case Number: 07 B 16840
Judge: Hollis, Pamela S
Filed: 9/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 832.00 |  |
| Secured: |  | 75.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 711.01 |
| Trustee Fee: |  | 45.99 |
| Other Funds: |  | 0.00 |
| Totals: | 832.00 | 832.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 711.01 |
| 2. | Great American Finance Company | Secured | 700.00 | 75.00 |
| 3. | Illinois Dept of Revenue | Priority | 1,482.86 | 0.00 |
| 4. | United States Dept Of Education | Unsecured | 467.76 | 0.00 |
| 5. | Great American Finance Company | Unsecured | 39.52 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 151.29 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 26.19 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 427.00 | 0.00 |
| 9. | Central Transport | Secured |  | No Claim Filed |
| 10. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 11. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 12. | H&F Law | Unsecured |  | No Claim Filed |
| 13. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,778.62 | $ 786.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 39.75 |
| 6.5% | 6.24 |
|  | $ 45.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Rutledge Jr, Willie

Printed:  4/22/08

Case Number:  07 B 16840
Judge:  Hollis, Pamela S
Filed:  9/14/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

